# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SOLIS,<br>    Plaintiff,<br>v.<br>WESTGATE LAS VEGAS RESORT, LLC,<br>    Defendant. | Case No. 2:22-cv-00691-RFB-NJK<br>**ORDER**<br>[Docket No. 25] |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 25.

A request to extend discovery deadlines must include a statement specifying the discovery completed, a specific description of the discovery that remains, the reasons why the subject deadline cannot be met, and a proposed schedule for completing the outstanding discovery. Local Rule 26-3. The request must also be supported by a showing of good cause. *Id.* The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This showing of diligence is measured by the movant's conduct throughout the entire period of time already allowed. *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110, at *11-12 (D. Nev. Dec. 15, 2015). If diligence is not established, the Court's inquiry should end. *Johnson*, 975 F.2d at 609 (internal citation omitted).

Here the parties have not demonstrated diligence. The Court has granted two previous discovery extensions in this case. Docket Nos. 20, 24. Nearly all the discovery that the parties previously submitted needed to be completed remains uncompleted. *Compare* Docket No. 23 at 3 *with* Docket No. 25 at 3-4. The parties, therefore, have not been diligent in conducting discovery. Further, the Court's previous order granting a discovery extension warned that "No

1

further extensions will be granted." Docket No. 24 at 5. The parties have not provided any reason for the Court to deviate from its previous order and the Court declines to do so now.

Accordingly, the parties' stipulation to extend discovery deadlines is **DENIED** without prejudice. Docket No. 25.

IT IS SO ORDERED.

Dated: June 15, 2023

                                                                                                 Nancy J. Koppe
United States Magistrate Judge