**LARRY H. LUM**
Nevada Bar No. 14914
**KAREN L. BASHOR**
Nevada Bar No. 11913
**CHRIS RICHARDSON**
Nevada Bar No. 09166
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
chris.richardson@wilsonelser.com
*Attorneys for Defendants Westgate Resorts, Inc.*
*Westgate Las Vegas Resort, LLC d/b/a*
*Westgate Las Vegas Resort*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SOLIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WESTGATE RESORTS, INC., a Delaware Corporation; WESTGATE LAS VEGAS RESORT, LLC d/b/a WESTGATE LAS VEGAS RESORT, a DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-00691-RFB-NJK<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S [43] MOTION IN LIMINE NO. 1; [44] MOTION IN LIMINE NO. 2; AND [47] MOTION IN LIMINE NO. 5** |

**Comes Now,** Defendants, Westgate Resorts, Inc. and Westgate Las Vegas Resort, LLC d/b/a Westgate Las Vegas Resort (collectively referred to as "Defendants" or "Westgate"), by and through their attorneys of record, Larry H. Lum, Esq., Karen L. Bashor, Esq., and Chris Richardson, Esq. of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiff Melissa Solis ("Plaintiff"), by and through her attorney of record, Jared B. Anderson, Esq. of the law firm of Injury Lawyers of Nevada and do stipulate and agree as follows:

1. Counsel for all parties hereby agree and stipulate that ECF [43] "Plaintiff's Motion in Limine No. 1 to Preclude the Defendant or their Counsel or Witnesses from Arguing or Insinuating

322752058v.1
322752058v.1

the Civil Justice System is Harmful to Individuals or to Society in General" filed on October 10, 2025 is hereby **WITHDRAWN** by Plaintiff's counsel.  Defense counsel further agrees to abide by the mandates lay out in the Nevada Supreme Court decision of *Lioce v. Cohen*, 124 Nev. 1, 174 P.3d 970 (2008).

2. Counsel for all parties hereby agree and stipulate that ECF [44] "Plaintiff's Motion in Limine No. 2 to Exclude References to Liens" filed on October 10, 2025 is hereby **WITHDRAWN** by Plaintiff's Counsel.

3. Counsel for all parties hereby agree and stipulate that ECF [47] "Plaintiff's Motion in Limine No. 5 to Exclude References to Alleged Bad Acts of Plaintiff" filed on October 10, 2025 is hereby **WITHDRAWN** by Plaintiff's Counsel.

DATED this 22nd day of October, 2025          DATED this 22nd day of October, 2025.

**INJURY LAWYERS OF NEVADA**



*/s/ Jared Anderson*                           */s/ Chris Richardson*
JARED B. ANDERSON, ESQ. (SBN: 9747)   LARRY H. LUM
DAVID J. CHURCHILL, ESQ. (SBN: 7308)  Nevada Bar No. 14914
4001 Meadows Lane                      KAREN L. BASHOR
Las Vegas, Nevada 89107                Nevada Bar No. 11913
                                       CHRIS RICHARDSON
IGOR FRADKIN, ESQ. (SBN 299491)        Nevada Bar No. 09166
DOWNTOWN L.A. LAW GROUP                6689 Las Vegas Boulevard, South, Suite 200
612 S. Broadway                        Las Vegas, NV  89119
Los Angeles, CA 90014                  *Attorneys for Defendants Westgate Resorts, Inc.*
*Attorneys for Plaintiff*              *Westgate Las Vegas Resort, LLC d/b/a*
                                       *Westgate Las Vegas Resort*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**U.S. DISTRICT JUDGE**

-2-

322752058v.1
322752058v.1