**LARRY H. LUM**
Nevada Bar No. 14914
**KAREN L. BASHOR**
Nevada Bar No. 11913
**CHRIS RICHARDSON**
Nevada Bar No. 09166
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
chris.richardson@wilsonelser.com
_Attorneys for Defendant Westgate Resorts, Inc.;_
_Westgate Las Vegas Resort, LLC d/b/a_
_Westgate Las Vegas Resort_

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SOLIS, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>WESTGATE RESORTS, INC., a Delaware Corporation; WESTGATE LAS VEGAS RESORT, LLC d/b/a WESTGATE LAS VEGAS RESORT, a DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, Inclusive,<br><br>       Defendants. | CASE NO: 2:22-cv-00691-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Melissa Solis, Defendant Westgate Resorts, Inc., and Westgate Las Vegas Resort, LLC dba Westgate Las Vegas Resort, hereby submit this Stipulation and [Proposed] Order to Continue Trial Date. This stipulation is brought in compliance with LR IA 6-2 and LR 7-1 and LCR 45-1.

    A.    **Current Trial Schedule Deadlines:**

       1.    Trial Date:                       December 1, 2025
       2.    Calendar Call:              November 4, 2025
       3.    Joint Status Report:        October 15, 2025

\\\

322387805v.1

**C.      Reasons for the Requested Extension and Statement of Good Cause:**

1.      On March 28, 2025, the Court entered an order setting this matter for trial on December 1, 2025. (See ECF 34).

2.       Counsel for the parties held October 14 and 15 telephone conferences where they discussed various pretrial issues.  During that call, Plaintiff's counsel informed Defendants' counsel that Plaintiff is pregnant and currently due the week of December 1, 2025, the date currently set for trial.

3.      Due to Plaintiff's impending due date, both parties respectfully request that the Court continue the trial for at least 90 days to its first available date after March 2, 2026.  The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter.

4.      The parties also intend to use the additional time to mediate the case and request that the Court refer this matter to a magistrate judge for a settlement conference.

5.      The parties are requesting that all remaining pretrial deadlines be continued to new dates commensurate with a newly scheduled trial date.

6.      This is the first request for stipulation to continue trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

-2-

322387805v.1

1

**SO STIPULATED:**

2

DATED this 15th day of October, 2025.

3

INJURY LAWYERS OF NEVADA

4

*/s/   Jared Anderson*
DAVID J. CHURCHILL

5

JARED B. ANDERSON
J. TAYLOR OBLAD

6

4001 Meadows Lane
Las Vegas, NV 89107

7

*Attorney for Plaintiff*

8

DOWNTOWN LAW GROUP, LLP

9

*/s/  Igor Fradkin*
IGOR FRADKIN, ESQ.

10

601 North Vermont Avenue
Los Angeles, CA 90004

11

*Attorney for Plaintiff*

WILSON, ELSER, MOSKOVITZ,
EDELMAN & DICKER, LLP

*/s/ Chris Richardson*
LARRY H. LUM
KAREN L. BASHOR
CHRIS RICHARDSON
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
*Attorneys for Defendant Westgate Resorts,
Inc.; Westgate Las Vegas Resort, LLC d/b/a
Westgate Las Vegas Resort*

12

13

14

15

IT IS SO ORDERED:

16

The Calendar set for 11/4/2025 is VACATED and RESET to 3/10/2026 at 1:00 p.m; and the Bench

17

Trial set for 12/1/2025 is  VACATED and RESET to April 6, 2026 at 8:30 a.m.

18

Dated this 3rd day of November, 2025.

19

20

21

_____
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

-3-