

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA SOLIS, individually, | CASE NO: 2:22-cv-00691-RFB-NJK |
| Plaintiff, | |
| vs. | ORDER VACATING SETTLEMENT CONFERENCE |
| WESTGATE RESORTS, INC., a Delaware Corporation; WESTGATE LAS VEGAS RESORT, LLC d/b/a WESTGATE LAS VEGAS RESORT, a DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants, WESTGATE RESORTS, INC. and WESTGATE LAS VEGAS RESORT, LLC D/B/A WESTGATE LAS VEGAS RESORT ("Defendants"), by and through their attorneys of record, Larry H. Lum, Esq., Karen L. Bashor, Esq., and Chris Richardson, Esq. of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiff MELISSA SOLIS ("Plaintiff"), by and through her attorney of record, Jared B. Anderson, Esq. of the law firm of Injury Lawyers of Nevada, that the Settlement Conference currently scheduled for January 21, 2026 shall be vacated. The mediation was postponed at the request of the parties to ensure that they could negotiate in good faith. The parties are currently

328190830v.1

rescheduling the mediation for February or March 2026. This will allow the parties sufficient time to prepare for and negotiate in good faith.

**IT IS SO STIPULATED.**

DATED this 14th day of January, 2026

**INJURY LAWYERS OF NEVADA**


*/s/ Jared B. Anderson*
JARED B. ANDERSON, ESQ.(SBN: 9747)
DAVID J. CHURCHILL, ESQ. (SBN: 7308)
4001 Meadows Lane
Las Vegas, Nevada 89107

IGOR FRADKIN, ESQ. (SBN 299491)
DOWNTOWN L.A. LAW GROUP
612 S. Broadway
Los Angeles, CA 90014
*Attorneys for Plaintiff*

DATED this 14th day of January, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


*/s/ Chris Richardson*
LARRY H. LUM, ESQ.
Nevada Bar No. 14914
KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
CHRIS RICHARDSON, ESQ.
Nevada Bar No. 09166
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
*Attorneys for Defendants Westgate Resorts, Inc. and Westgate Las Vegas Resort, LLC d/b/a Westgate Las Vegas Resort*

**IT IS SO ORDERED.**


DATED:  January 14, 2026



_____
UNITED STATES MAGISTRATE JUDGE

-2-

328190830v.1