**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**CHRIS J. RICHARDSON, ESQ.**
Nevada Bar No. 09166
**WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP**
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
chris.richardson@wilsonelser.com
*Attorneys for Defendant Westgate Resorts, Inc.;*
*Westgate Las Vegas Resort, LLC d/b/a*
*Westgate Las Vegas Resort*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SOLIS, individually,<br><br>                    Plaintiff,<br><br>vs.<br><br>WESTGATE RESORTS, INC., a Delaware Corporation; WESTGATE LAS VEGAS RESORT, LLC d/b/a WESTGATE LAS VEGAS RESORT, a DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, Inclusive,<br><br>                    Defendants. | CASE NO: 2:22-cv-00691-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Melissa Solis, and Defendants, Westgate Resorts, Inc. and Westgate Las Vegas Resort, by and through by and through their undersigned counsel, hereby stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

332813002v.1

2:22-cv-00691-RFB-NJK
*Melissa Solis v. Westgate Resorts, Inc., et. al.*
*Stipulation and Order of Dismissal with Prejudice*

IT IS SO STIPULATED.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Dated this 3rd day of June, 2026.

/s/ Chris J. Richardson
Larry H. Lum, Esq.
Nevada Bar No. 14914
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Chris J. Richardson, Esq.
Nevada Bar No. 09166
6689 Las Vegas Boulevard, South, Suite 200
Las Vegas, NV  89119
*Attorneys for Defendants,*
*Westgate Resorts, Inc.;*
*Westgate Las Vegas Resort, LLC d/b/a*
*Westgate Las Vegas Resort*

**INJURY LAWYERS OF NEVADA**

Dated this 3rd day of June, 2026.

/s/Jared B. Anderson
David J. Churchill, Esq.
Nevada Bar No. 7308
Jared B. Anderson, Esq.
Nevada Bar No. 9747
J. Taylor Oblad, Esq.
Nevada Bar No. 11430
4001 Meadows Lane
Las Vegas, Nevada 89107

**DOWNTOWN LA LAW GROUP**
Igor Fradkin, Esq.
910 South Broadway
Los Angeles, CA 90015
*Attorneys for Plaintiff*
*Melissa Solis*

IT IS SO ORDERED. All pending deadlines and hearings are VACATED.

_____
UNITED STATES DISTRICT JUDGE


June 4, 2026.
DATED

-2-

332813002v.1

**Archived:** Wednesday, June 3, 2026 2:09:32 PM
**From:** Richardson, Chris
**Sent:** Wednesday, June 3, 2026 2:00:44 PM
**To:** Clokey, Susan
**Subject:** FW: Case No.: 2:22-cv-00691 // Melissa Solis Stip to Dismiss
**Importance:** Normal
**Sensitivity:** None

---

19052.2025.  Please submit our stip to dismiss when you have a chance.  thx

Chris Richardson
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1269 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
chris.richardson@wilsonelser.com

**From:** Jared Anderson <jared@injurylawyersnv.com>
**Sent:** Wednesday, June 3, 2026 1:58 PM
**To:** Richardson, Chris <Chris.Richardson@wilsonelser.com>; Aditya Dayal <eddie@injurylawyersnv.com>
**Cc:** Christy Cook <christy@injurylawyersnv.com>; melissasolisz10266055@iln.filevineapp.com; Clokey, Susan <Susan.Clokey@wilsonelser.com>
**Subject:** RE: Case No.: 2:22-cv-00691 // Melissa Solis Stip to Dismiss

> EXTERNAL EMAIL - This email originated from outside the organization.

You have my authorization to affix my e-signature to the stipulation and order to dismiss.

Jared Anderson, Esq.

**From:** Richardson, Chris <Chris.Richardson@wilsonelser.com>
**Sent:** Monday, June 1, 2026 4:35 PM
**To:** Aditya Dayal <eddie@injurylawyersnv.com>
**Cc:** Jared Anderson <jared@injurylawyersnv.com>; Christy Cook <christy@injurylawyersnv.com>; melissasolisz10266055@iln.filevineapp.com; Clokey, Susan <Susan.Clokey@wilsonelser.com>
**Subject:** RE: Case No.: 2:22-cv-00691 // Melissa Solis Stip to Dismiss

Please see the attached stip to dismiss and advise whether we can submit with Mr. Anderson's signature.

Thank you,

Chris Richardson
Attorney at Law